UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JANA CHURCHWELL, | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 1:17-CV-00299 |
| CITY OF CONCORD, | ) | Jury Trial Demanded |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, by and through counsel pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, and moves the Court for an Order denying Defendant's Motion for Summary Judgment, as Defendant has not met its burden under Fed. R. Civ. P. 56 of proving there are no genuine issues of material fact remaining in Plaintiff's claim for disability discrimination. Further, the undisputed material facts show that Plaintiff is entitled to Summary Judgment on her claim of failure to accommodate.

In support of this Response, Plaintiff relies on a Memorandum in Support of Plaintiff's Response In Opposition To Defendant's Motion for Summary Judgment, filed simultaneously herewith and Plaintiff's previously filed Memorandum in Support of her Motion for Partial Summary Judgment.

1

THIS the 30th day of April, 2018.

                Respectfully submitted.

                /s/ KIRK J. ANGEL
                Kirk J. Angel NCSB#: 33559
                Attorney for the Plaintiff
                THE ANGEL LAW FIRM, PLLC
                109 Church Street N
                Concord NC 28025
                PO Box 1296 (28026)
                Telephone: 704.706.9292
                Facsimile:  704.973.7859
                e-mail: kirk@mailalf.com

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JANA CHURCHWELL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 1:17-CV-00299 |
| ) | |
| CITY OF CONCORD, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 30, 2018</u>, I electronically filed the foregoing "Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick H. Flanagan
Cranfill Sumner & Hartzog LLLP
2907 Providence Road
Suite 200
Charlotte NC 28211
Telephone: 704.940.3419
e-mail: phf@cshlaw.com

Maranda J. Freeman
City of Concord
35 Cabarrus Ave. W
Concord NC 28026
Telephone: 704.920.5119
e-mail: freemanmj@concordnc.gov

Respectfully submitted,

/s/ KIRK J. ANGEL
Kirk J. Angel NCSB# 33559
THE ANGEL LAW FIRM, PLLC
109 Church Street N
Concord NC 28025
PO Box 1296 (28026)
Telephone: 704.706.9292
Facsimile: 704.973.7859
e-mail: kirk@mailalf.com
Attorney for Plaintiff